## ALBERT W. HARWOOD v. JACOB JACOBSON.[1]

### May 18, 1906.

### Nos. 14,852—(41).

Appeal by defendant from a judgment of the municipal court of Minneapolis, entered pursuant to the findings and order of Waite, J. Affirmed.

*Wm. B. McIntyre,* for appellant.

*Geo. T. Halbert,* for respondent.

PER CURIAM.

The only question involved in this case is whether the findings of the trial court are sustained by the evidence. An examination of the record leads to the conclusion that they are sustained, and the judgment appealed from is affirmed.

Judgment affirmed.